# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

158265-6(70)

STATE FARM FIRE AND CASUALTY
COMPANY,

      Plaintiff-Appellee,

v

DETROIT EDISON CO., a/k/a DTE
ELECTRIC COMPANY,

      Defendant-Appellant.

_____/

SC: 158265-6
COA: 332454, 333281
Sanilac CC: 14-035646-NZ

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing an answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before October 12, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2018



Clerk